IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>DEMARCUS MCGAUGH,<br><br>              Defendant. | **8:23CR91**<br><br>**ORDER** |

      This matter is before the Court on government's Motion for Dismissal (Filing No. 58) of the Indictment pursuant to Federal Rule of Criminal Procedure 48(a). The government requests the Indictment be dismissed without prejudice as to defendant DeMarcus McGaugh.

      The Motion is granted, and the Indictment against DeMarcus McGaugh is dismissed without prejudice.

      IT IS SO ORDERED.

      Dated this 15th day of October 2024.

                                                    BY THE COURT:

                                                    Robert F. Rossiter, Jr.
                                                    Chief United States District Court Judge